393 A.2d 1283

Commonwealth ex rel. Bailey v. Bailey, Appellant.

Argued April 11, 1978. Sanford S. Finder, for appellant; R. Wallace Maxwell, submitted a brief for appellee.

Order affirmed.